**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**FRANK J. JOCHER**
**MATTHEW F. MILLER**

RECEIVED
April 15, 2005 SH. CLERK

2005 APR 22 P 4: 14

UNITED STATES
DISTRICT COURT

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

JAG

Mr. Melvin Jackson
Deputy-In-Charge
U.S. District Court
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, N.J. 07101

RECEIVED
APR 2 2 2005
JOSEPH A. GREENAWAY, JR
United States District Judge

RE: Durham, Tamika
Dkt. #2:00CR00529-01
**Assignment of District Court Judge for Order of Offender to Terminate from Supervision with Monies Owed**

Dear Mr. Jackson:

On March 14, 2001, the above-named individual was sentenced by the Honorable Alfred M. Wolin, after pleading guilty to Fraud by Wire. The offender was sentenced to 12 months imprisonment with three (3) years of supervised release to follow. Special conditions imposed were full financial disclosure, no new debt, mental health evaluation/treatment, employment restrictions, restitution in the amount of $139,375.00, and a special assessment of $100.00.

Ms. Durham's term of supervised release began on April 23, 2002 and is scheduled to expire on April 22, 2005. At this time we must report that the offender still has an outstanding balance owed toward her restitution in the amount of $110,748.92. To date, Ms. Durham has made a satisfactory adjustment under supervision and has complied with all of her conditions of supervised release. Throughout the term of supervision, she has made monthly restitution payments commensurate with her ability to pay.

Unless the Court considers otherwise, we recommend that the court allow the offender's supervision term to expire as scheduled. The restitution order remains imposed as a final judgement, pursuant to Title 18, United States Code, Sections 3664 & 3613. The Financial Litigation Unit of the United State Attorney's Office has been notified of the expiration of supervision and will continue to pursue collection of the financial obligation. If the court determines that an alternative course of action is warranted we are enclosing a petition for the Court to sign scheduling hearing.

Should the court have any questions or require additional information please contact the undersigned officer at (973) 645-4523, and we will avail ourselves at your direction.

Durham, Tamika
Page 2
April 12, 2005

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Jaclyn T. Coe
U.S. Probation Officer

/jtc

## Expiration of Supervision with Outstanding Restitution

### U.S. v. Tamika Durham
### Docket No.: #2:00CR00529-01

[ ✓ ] Court approves of the offender's termination from supervision without further action.

[ ] Court disapproves of the offender's termination from supervision and instructs the Probation Office to return this matter to Court for a review hearing.

_____
District Court Judge